UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOE FORD et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-19-925-G |
| | ) |
| **LIBERTY MUTUAL INSURANCE** | ) |
| **COMPANY, a foreign corporation,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 7) filed by Defendant Scott Diehl. The Motion seeks dismissal of the claims asserted in Plaintiffs' initial Complaint (Doc. No. 1-2). On November 5, 2019, Plaintiffs timely filed an Amended Complaint (Doc. No. 10). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiffs' Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 7) is DENIED AS MOOT.

IT IS SO ORDERED this 6th day of November, 2019.

_____
CHARLES B. GOODWIN
United States District Judge